UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

BRIAN McGUINTY,

          Plaintiff,

- against -

BRIAN FEHD,

          Defendant.

------------------------------------------------------x

08 CV 4822

WK 4641

08 Civ. _____

RULE 7.1(a) **JUDGE HOLWELL**
STATEMENT

RECEIVED
MAY 23 2008
U.S.D.C. S.D. N.Y.
CASHIERS

      PURSUANT to Rule 7.1(a) of the Federal Rules Civil Procedure, in order to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, a non-governmental party, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held: NONE.

Dated:    New York, New York
           May 20, 2008

                          Respectfully submitted,

                          McCARTHY & KELLY LLP

                          By _____
                              William P. Kelly
                              WK 4641
                              A Member of the Firm
                              Attorneys for Plaintiff
                              52 Duane Street - 7th Floor
                              New York, NY 10007
                              (212) 732-5040

TO:    Brian Fehd
          325 West 45th Street
          New York, NY10036

Docket No.: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN McGUINTY,

          Plaintiffs,

-against-

BRIAN FEHD,

          Defendant.

---

**RULE 7.1(a) STATEMENT**

---

**McCARTHY & KELLY LLP**

Attorneys for Plaintiff

Federal Plaza
52 Duane Street
New York, NY 10007
(212) 732-6000

TO:  Brian Fehd
325 West 45th Street
New York, NY 10036