UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
BRIAN McGUINTY,

                                CASE NO.:
                                08 CV 4822

          Plaintiff,               **STIPULATION EXTENDING**
                                **TIME TO ANSWER**

   -against-

BRIAN FEHD,

          Defendant.
------------------------------------------x

     **IT IS HEREBY STIPULATED** that the time for the defendant, to appear and to answer, amend or supplement the answer as of course or to make any motion with relation to the summons or to the complaint in this action, be and the same hereby is extended to and including the 23rd day of July, 2008. **DEFENDANT AGREES TO WAIVE JURISDICTIONAL DEFENSES**.

Dated: New York, New York
      June 19, 2008

                                      *[signature]*
                                PRINT NAME/SIGNATURE

                                McCARTHY & KELLY LLP
                                Attorneys for plaintiff
                                52 Duane Street, 7th Floor
                                New York, New York 10007
                                (212)732-5040

*[signature]*
MORRIS DUFFY ALONSO & FALEY      SO ORDERED
ATTORNEYS FOR DEFENDANT
2 Rector Street, 22nd Floor          *[signature]*
New York, New York 10006
(212)766-1888                           USDJ
                                      6/20/08

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08
```